IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT W. LANIG, | 3:11-CV-06021-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| LANE COUNTY SHERIFF'S DEPARTMENT and LANE COUNTY SHERIFF ANDERSON, | |
| Defendants. | |

The Court issued an Order [38] on October 4, 2011 granting Defendants' Motion to Dismiss Complaint and granted Plaintiff leave to file an amended complaint to cure the deficiencies noted in the Order no later than October 24, 2011. The Court also advised Plaintiff that failure to file an amended complaint would result in dismissal of this proceeding. To date Plaintiff has not filed an amended complaint.

This Court, therefore, **DISMISSES** this case **without prejudice** and without costs or attorneys' fees to either party.

Dated this 1st day of November, 2011

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL